[This decision has been published in *Ohio Official Reports* at 96 Ohio St.3d 200.]

THE STATE EX REL. HOWARD, APPELLANT, *v.* OHIO BUREAU OF WORKERS'
COMPENSATION ET AL., APPELLEES.

[Cite as *State ex rel. Howard v. Ohio Bur. of Workers' Comp.,* 2002-Ohio-4097.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2002-0012—Submitted April 9, 2002—Decided August 21, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 01AP-141.

————————————

{¶1} The judgment of the court of appeals is hereby affirmed.

Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

————————————

Gregory T. Howard, pro se.

Betty D. Montgomery, Attorney General, and Thomas L. Reitz, Assistant
Attorney General, for appellees Industrial Commission and Bureau of Workers'
Compensation.

Eastman & Smith Ltd., Thomas A. Nixon and Margaret M. Sturgeon, for
appellee Seaway Foodtown, Inc.

————————————

1